395 A.2d 1004

Commonwealth v. Fishel, Appellant.

Submitted December 31, 1977. Robert L. Marks, for appellant; Gailey C. Keller, District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

395 A.2d 1004

Commonwealth v. Gagliarducci, Appellant.

Submitted December 6, 1977. Edward F. Browne, Jr., Assistant Public Defender, for appellant; D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.